**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Megan BATYKEFER, Petitioner**

**No. 222 WAL 2017**

Supreme Court of Pennsylvania.

October 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of October, 2017, the Petition for Allowance of Appeal is DENIED.

∎

**IN RE: T.S., E.S., Minors**

**Petition of: T.H–.H., Natural Mother**

**In re: T.S., E.S., Minors**

**Petition of: T.H–H., Natural Mother**

**No. 366 WAL 2017**
**No. 367 WAL 2017**

Supreme Court of Pennsylvania.

October 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of October, 2017, the Petition for Allowance of Appeal is GRANTED. The issue, rephrased for clarity, is:

> Whether the Superior Court erred in failing to require that the court appoint counsel for a child in a contested termination of parental rights hearing as required by 23 Pa.C.S. § 2313(a) and *In re L.B.M.*, 161 A.3d 172 (Pa. 2017)?

∎

**DAVID R. NICHOLSON, BUILDER, LLC, Petitioner**

v.

**Erin L. JABLONSKI and Brandon M. Vogel, Wife and Husband, Respondents**

**No. 412 MAL 2017**

Supreme Court of Pennsylvania.

October 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of October, 2017, the Petition for Allowance of Appeal is DENIED.